UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
**Leah Rosenfeld,**

        **Plaintiffs,**

        **v.**

**Accounts Receivable Management, Inc**

        **Defendants.**

---------------------------------------------------------------------x

                          **1:13-cv-04460-ARR-VMS**

## NOTICE OF VOLUNATARY DISMISSAL BY THE PLAINTIFF PURSUANT TO RULE 41(a)(1)(A)(ii)

    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and as the Defendant have neither answered nor moved for summary judgment, undersigned counsel on behalf of the Plaintiff hereby voluntarily dismisses the pending action with prejudice as to the Plaintiff and without prejudice as to the unnamed putative class members.

Dated:  Brooklyn, New York
           February 2, 2014

Respectfully submitted,

LAW OFFICES OF DAVID PALACE

By: /s/ David Palace
383 Kingston Ave, #113
Brooklyn, NY 11213
Tel: (347) 651-1077
Fax: (347) 464-0012

*Attorneys for Plaintiff*